IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TIMOTHY CHARLES MOORE | : | CIVIL ACTION |
| | : | |
| EMBASSY BANK FOR THE LEHIGH VALLEY | : | |
| v. | : | |
| FIRST NIAGARA BANK, N.A. | : | NO. 16-3873 |
| v. | : | |
| TIMOTHY CHARLES MOORE, REBECCA JO MOORE | : | |
| v. | : | |
| EMBASSY BANK FOR THE LEHIGH VALLEY, FREDERICK L. REIGLE and UNITED STATES TRUSTEE | : | (BANKRUPTCY NO. 13-11090) |

_____

| | | |
|---|---|---|
| IN RE: RICHARD T. MOORE | : | CIVIL ACTION |
| | : | |
| EMBASSY BANK FOR THE LEHIGH VALLEY | : | |
| v. | : | |
| RICHARD T. MOORE, CAROL J. MOORE | : | NO. 16-3874 |
| v. | : | |
| FIRST NIAGARA BANK, N.A., FREDERICK L. REIGLE and UNIED STATES TRUSTEE | : | (BANKRUPTCY NO. 14-11692) |

## ORDER

**NOW**, this 16th day of March, 2017, upon consideration of the briefs of the parties, and after review of the Bankruptcy Court record, it is **ORDERED** that the Order

of the Bankruptcy Court dated June 28, 2016, is **AFFIRMED**.

                                                <u>/s/ Timothy J. Savage</u>
                                                TIMOTHY J. SAVAGE, J.